MR. JUSTICE HARRISON,
concurring in part and dissenting in part:
I concur in the result reached by the majority but not in all that is said therein. Specifically, in regard to two holdings of the opinion:'
First, as to the charge that the hospital failed to use the standard of care required, and the denial of the testimony of Dr. Bayles’ testimony on that standard, I would sustain the trial judge’s denial of this testimony on the ground that the transcripit failed to show that Dr. Bayles was familiar with those standards.
Second, I would sustain the trial judge’s refusal to allow Dr. Townsend’s testimony on the standard of care required by both the hospital and the doctors attending Mr. Hunsaker. Dr. Townsend practiced in the federally established hospitals and, in my opinion, had no expertise as to the standards in local Montana medical institutions. For the same reasons, I did not concur in this Court’s opinion in the case of Tallbull v. Whitney (1977), 172 Mont. 326, 564 P.2d 162.